UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO QUIROZ LOPEZ,

                       Petitioner,

     v.

PAMELA BONDI, et al.,

                  Respondents.

CASE NO. 2:26-cv-00767-BAT

**ORDER GRANTING PETITIONER'S MOTION TO ENLARGE TIME**

Petitioner moves unopposed to enlarge time to file the traverse to collect information from Petitioner's other past and present attorneys that may be at odds with Respondents' position. **Dkt. 8**. The Court **GRANTS** Petitioner's motion. The traverse is now due and noted for consideration on **April 1, 2026**.

DATED this 26th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO ENLARGE TIME - 1